IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMANDA RODRIGUEZ &  : CIVIL ACTION
FELIX RODRIGUEZ,
*WIFE AND HUSBAND*

    :

v.   :

THE FIRST LIBERTY INSURANCE
CORPORATION               : NO. 18-cv-2644

## CIVIL JUDGMENT

BEFORE EDWARD G. SMITH

AND NOW, this 17TH day of January, 2019, it appearing that an Arbitration Award was entered and filed on _____, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Amanda Rodriguez and against The First Liberty Insurance Corporation in the amount of $16,971.24 and in favor of Felix Rodriguez and against The First Liberty Insurance Corporation in the amount of $2,000.00.

The clerk of court shall close this case.

ATTEST:                OR            BY THE COURT:

By:_____                 S/_____
Deputy Clerk                         EDWARD G. SMITH, J.

ARB 16